## WEED v. PARSONS.

PRACTICE IN THE SUPREME COURT: FAILURE TO SERVE NOTICE OF APPEAL.

*Appeal from Butler Circuit Court.*

WEDNESDAY, DECEMBER 10.

*G. C. Wright,* for appellant.

No appearance for appellee.

SEEVERS, J. There is no evidence contained in the abstract that a notice of appeal had been served on the appellee or the clerk of the Circuit Court. This court, therefore, does not have jurisdiction of the cause. The defect cannot be said to have been waived because there is no appearace for the appellee. The cause must be stricken from the docket.